No. 63201.—Super Speed Printing Machinery, Inc. *v.* United States, protest 58/16438 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.

No. 63202.—Robt. O. Bossinger Co. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 58/417, etc. (San Francisco).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise, represented by invoice item 60999 in protest 58/417 and invoice item 87/7 in protest 58/12244, consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiffs was sustained.

No. 63203.—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protests 58/14450 and 58/15204 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiff was sustained.

No. 63204.—Martin M. Jordan Corp. *v.* United States, protests 322418–K, 58/20354, and 58/24222 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiff was sustained.